**Order entered December 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01019-CV**

**IN THE INTEREST OF S.O., MINOR CHILD**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-30101-2020**

**ORDER**

By letter dated November 30, 2022, we directed Mother to file an amended brief that complied with rules 9.8 and 9.9 of the Texas Rules of Appellate Procedure. Mother filed a corrected brief on December 2, 2022. Accordingly, on the Court's own motion, we **STRIKE** Mother's November 23, 2022 brief.

/s/     KEN MOLBERG
         JUSTICE